# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| WILLIAM JOSEPH DOWNING, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-395-RAH-SMD |
| CHRISTOPHER SPEAKS, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Recommendation entered October 8, 2024, dismissing this action with prejudice. (Doc. 10). The Plaintiff has filed no objections to this Recommendation. After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED with prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 4th day of November 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE